CRIMINAL LAW ☞1088—RECORD—TESTIMONY ON MOTION FOR NEW TRIAL.

Where the record contained what purported to be the alleged newly discovered testimony presented on motion for new trial, certified by the stenographer alone, and in no way authenticated or approved by. the trial judge, or agreed to by the parties, it could not be considered for any purpose.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2676, 2746–2751, 2757, 2766, 2782–2802, 2899; Dec. Dig. ☞1088.]

Appeal from District Court, Panola County; W. C. Buford, Judge.

Robert Herrin was convicted of manslaughter, and appeals. Affirmed.

Brooke & Woolworth, of Carthage, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of manslaughter, and assessed the lowest punishment.

There is no bill of exceptions nor complaint in any way of the charge of the court. But two questions are raised. The first is appellant claims that the evidence is insufficient to sustain the verdict; and the second that he ought to have been granted a new trial because of claimed newly discovered testimony.

Appellant's only defense was self-defense. The evidence tending to establish that was sufficient to have done so, if it had been believed by the jury. The state by its evidence amply established the guilt of appellant, and was sufficient to authorize the jury to find him guilty and disbelieve his claimed self-defense. We think it unnecessary to recite the evidence. We have carefully considered it, and in our opinion it sustains the verdict.

Clearly appellant failed, under all the authorities, to show that he was entitled to a new trial because of claimed newly discovered evidence. He attached to his motion no affidavit by either of the parties whom he claimed would testify to material facts which could be claimed as newly discovered testimony, and gave no reason whatever why he did not do so. However, the record shows that the court heard the evidence on the hearing of the motion for new trial by the persons whom he claimed would give newly discovered testimony, and the judgment of the court recites that, after hearing all this evidence, he overruled the motion for a new trial on that ground. What that evidence was is in no way properly disclosed. There is, however, in the record, what purports to be that testimony, certified by the stenographer alone. It is in no way authenticated or approved by the trial judge, nor is it agreed to as correct by the parties. Hence it cannot be considered for any purpose. Even if we could consider it, it would show that the testimony of the witnesses was neither newly discovered testimony nor of such material character as to authorize the court to grant a new trial. So that, in no contingency, is any reversible error shown.

The judgment will therefore be affirmed.

---

# MEMORANDUM DECISIONS

---

EUELL v. STATE. (No. 3432.) (Court of Criminal Appeals of Texas. Feb. 17, 1915.) Appeal from District Court, Fayette County; Frank S. Roberts, Judge. Robert Euell was convicted of rape, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. The appellant was convicted for rape of his own daughter, she being the age of between 13 and 14 years, and his punishment assessed at 50 years in the penitentiary. There is neither a bill of exceptions nor a statement of facts in the case. No question is raised in the motion for new trial, or otherwise, which can be reviewed in the absence of these. The judgment must therefore be affirmed.

GARFIOS v. STATE. (No. 3445.) (Court of Criminal Appeals of Texas. Feb. 24, 1915.) Appeal from District Court, El Paso County; Dan M. Jackson, Judge. Gonzalo Garfios was convicted of burglary, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of burglary; his punishment being assessed at two years' confinement in the penitentiary. The record is before us without a statement of facts or bill of exceptions. As thus presented there is no question suggested in the motion for new trial that can be reviewed. The judgment is affirmed.

HOGAN v. STATE. (No. 3270.) (Court of Criminal Appeals of Texas. Nov. 11, 1914.) Appeal from District Court, Jefferson County; W. H. Davidson, Judge. Polly Hogan was convicted of an assault to murder, and she appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of an assault to murder. There is neither a statement of facts nor a bill of exceptions. No question is raised which can be considered in the absence of these. The judgment is therefore affirmed.